**E-Filed 11/3/09**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRAGA RANCH, INC., a corporation;<br><br>Plaintiff,<br>vs.<br><br>SALYER AMERICAN FRESH FOODS, a California corporation; SCOTT SALYER, an individual; ERIC SCHWARTZ, an individual; JOHN BRYCE, an individual; ALLAN SABATIER, an individual; MARK MCCORMICK, an individual; STEVE FRANSON, as receiver appointed in the case of Bank of the West v. Salyer American Fresh Foods, Salyer American Cooling, Monterey County Superior Court Case Number GNM98573,<br><br>Defendants. | CASE NO. C-09-04207-JF<br><br>[PROPOSED] ORDER GRANTING HIGASHI FARMS, INC., *ET AL.'S* ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED<br><br>[N.D. Cal. Civ. L.R. 3-12, 7-11] |
| HIGASHI FARMS, INC., a corporation; K&S FARMS, LLC, a limited liability company; M. NISHIMORI FARMS, INC., a corporation; MANN PACKING CO., INC., a corporation; MARTIN JEFFERSON & SONS, a partnership; MERRILL FARMS, LLC, a limited liability company; NEW STAR FRESH FOODS, LLC, a limited liability company; TAYLOR FARMS | CASE NO. C-09-04983-JW |

[PROPOSED] Order – Page 1

| | |
|---|---|
| 1 | CALIFORNIA, INC., a corporation; |
| 2 | Plaintiffs,<br>vs. |
| 3 | |
| 4 | BANK OF THE WEST, a California banking corporation, As Administrative Agent for itself, AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA; STEVE FRANSON, as Receiver for SALYER AMERICAN FRESH FOODS, a California Corporation, |
| 5 | |
| 6 | |
| 7 | Defendants. |

This matter comes before the Court on Higashi Farms, Inc., *et al.*'s Administrative Motion to Consider Whether Case Should be Related, filed on October 28, 2009, pursuant to Civil Local Rule 3-12.  The Court, having fully considered the papers and pleadings on file and submitted in support of the Motion, and good cause appearing,

IT IS ORDERED THAT Higashi Farms, Inc., *et al.*'s Administrative Motion to Consider Whether Case Should be Related is granted, and

IT IS FURTHER ORDERED that the following cases are related within the meaning of Local Rule 3-12:

*Braga Ranch,, Inc. v. Salyer American Fresh Foods, et al.* No. 5:09-cv-04207-JF

*Higashi Farms, Inc. v. Bank of West, et al.* No. C-09-04983-HRL

DATED: 11/3/2009

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT

[PROPOSED] Order – Page 2