Paul W. Moncrief, Esq. SBN 204239
Paul Hart, Esq., SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiffs G & H Farms, LLC; John S. Tamagni & Sons, Inc.; Pedrazzi Farms, Inc.; Ed Mehl; and C&G Farms, Inc.,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HIGASHI FARMS, INC., a corporation; K&S Farms, LLC, a limited liability company; M. NISHIMORI FARMS, INC., a corporation; MANN PACKING CO., INC., a corporation; MARTIN JEFFERSON & SONS, a partnership; MERRILL FARMS, LLC, a limited liability company; NEW STAR FRESH FOODS, LLC, a limited liability company; TAYLOR FARMS CALIFORNIA, INC., a corporation;<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST, a California banking corporation, As Administrative Agent for itself, AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA; STEVE FRANSON, as Receiver for SALYER AMERICAN FRESH FOODS, a California corporation,<br><br>    Defendants. | Case No. 09-cv-04983 JW<br><br>**STIPULATION AND AGREED ORDER ON INTERVENING PLAINTIFFS' MOTION FOR LEAVE TO INTERVENE AS PARTY PLAINTIFFS AND TO FILE COMPLAINT IN INTERVENTION** |

---

*Stipulation and Agreed Order for Intervention*          1
Case No. 09-cv-04983 JW

|   |   |
|---|---|
| 1  | G&H FARMS, LLC, a California limited liability company; JOHN S. TAMAGNI & SONS, INC., a California corporation; PEDRAZZZI FARMS, INC., a California corporation; ED MEHL, an individual; and C&G Farms, Inc., |
| 2  | |
| 3  | |
| 4  | |
| 5  | Intervening Plaintiffs |
| 6  | v. |
| 7  | BANK OF THE WEST, a California banking corporation, As Administrative Agent for itself, AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA; STEVE FRANSON, as Receiver for SALYER AMERICAN FRESH FOODS, a California corporation; and DOES 1 through 50, Inclusive. |
| 8  | |
| 9  | |
| 10 | |
| 11 | |
| 12 | Defendants. |

COME NOW, Intervening Plaintiffs G&H Farms, LLC; John S. Tamagni & Sons, Inc.; Pedrazzi Farms, Inc.; Ed Mehl; and C&G Farms, Inc., ("Intervening Plaintiffs") and Plaintiffs Higashi Farms, Inc.; K&S Farms, LLC; Mann Packing Co., Inc.; Martin Jefferson & Sons; Merrill Farms, LLC; New Star Fresh Foods, LLC; and Taylor Farms California, Inc. ("Plaintiffs"), by and through their respective undersigned counsel of record, jointly submit this stipulation to allow the Intervening Plaintiffs leave to intervene, and file their Complaint in Intervention in this case.

**IT IS HEREBY STIPULATED AND AGREED,** between the Plaintiffs and Intervening Plaintiffs as follows:

A.   Plaintiffs commenced this action seeking to enforce their rights under the Perishable Agricultural Commodities Act of 1930 as amended, 7 U.S.C. §499e(c) ("PACA") as trust beneficiaries against Defendants;

B.   Intervening Plaintiffs also claim that they are trust beneficiaries of Defendants under PACA;

C.    As potential PACA trust beneficiaries, the Intervening Plaintiffs claim an interest relating to the property or transactions which are the subject of this action and they are so situated that the disposition of this action in their absence may impair or impede their ability to protect that interest, within the meaning of Fed. R. Civ. P. Rule 24(a).

D.    The courts have consistently held that all PACA creditors are entitled to pro-rata distribution of trust assets. In re Milton Poulos, Inc., 107 B.R. 715 (9th Cir. B.A.P. 1989); In re United Fruit & Produce, 86 B.R. 14 (Bankr. D. Conn. 1988).

E.    Since all PACA trust creditors are entitled to their pro-rata distribution of the trust assets, they must be joined pursuant to Federal Rule of Civil Procedure 19(a) because, in their absence, complete relief cannot be accorded among those already parties to the action.

F.    The Intervening Plaintiffs and Plaintiffs agree and consent to the Intervening Plaintiffs' filing of the Complaint in Intervention, filed contemporaneously, in this action and to the Intervening Plaintiffs' participation in this action as permitted by Fed. R. Civ. P. Rule 24(a) because the Intervening Plaintiffs' claim of interest herein as PACA trust creditors.

**ORDER**

Based on the stipulation and consent of the parties, it is ORDERED and ADJUDICATED that Intervening Plaintiffs G&H Farms, LLC; John S. Tamagni & Sons, Inc.; Pedrazzi Farms, Inc.; Ed Mehl; and C&G Farms, Inc., are granted leave to intervene in this action pursuant to Rules 19(a) and 24(a) of the Federal Rules of Civil Procedure and may file their Complaint in Intervention.

Dated this   10th   day of ~~November~~ December 2009.

_____
DISTRICT COURT JUDGE

**STIPULATED AND CONSENTED TO BY THE PARTIES**

Dated this ___18th___ day of November 2009.

By: */s/ Paul Hart*  
Paul Hart (SBN 37766)  
JOHNSON & MONCRIEF, PLC  
295 S. Main St., Ste. 600  
Salinas, CA 93901  
Tel: (831) 759-0900  
Fax: (831) 759-0902  
Email: paulhart@johnsonmoncrief.com

Counsel for Intervening Plaintiffs

By: */s/ Patricia J. Rynn*  
Patricia J. Rynn (SBN 092048)  
RYNN & JANOWSKY, LLP  
4100 Newport Place Dr., Ste. 700  
Newport Beach, CA 92660-2423  
Tel: (949) 752-2911  
Fax: (949) 752-0953  
Email: pat@rjlaw.com

Counsel for Plaintiffs