1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT B. KAPLAN (Bar No. 76950)
2  JOSEPH N. DEMKO (Bar No. 113104)
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3813
   Telephone:   (415) 398-8080
4  Facsimile:   (415) 398-5584

5  Attorneys for Defendant BANK OF THE WEST, a California
   banking corporation, as Administrative Agent for itself, AGSTAR
6  FINANCIAL SERVICES, PCA/FLCA, and FCS Financial, PCA

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

| | |
|---|---|
| 11  HIGASHI FARMS, INC., a corporation; K&S FARMS, LLC, a limited liability company; M. NISHIMORI FARMS, INC., a corporation; MANN PACKING CO., INC., a corporation; MARTIN JEFFERSON & SONS, a partnership; MERRILL FARMS, LLC, a limited liability company; NEW STAR FRESH FOODS, LLC, a limited liability company; TAYLOR FARMS CALIFORNIA, INC., a corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF THE WEST, a California banking corporation, as Administrative Agent for itself, AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS Financial, PCA; Steve Franson, as Receiver for SALYER AMERICAN FRESH FOODS, a California Corporation,<br><br>Defendants. | CASE NO.   C09-04983-JF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND ORDER THEREON** |

24  G&H FARMS, LLC, a California limited
    liability company; JOHN S. TAMAGNI &
25  SONS, INC., a California corporation;
    PEDRAZZZI FARMS, INC., a California
26  corporation; ED MEHL, an individual; and
    C&G FARMS, a California corporation,
27
                  Intervening Plaintiffs,
28

PRINTED ON
RECYCLED PAPER

975991v1

1  v.

2  BANK OF THE WEST, a California banking corporation, As Administrative Agent for itself,
3  AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA;
4  STEVE FRANSON, as Receiver for SALYER AMERICAN FRESH FOODS, a California
5  corporation; and DOES 1 through 50, Inclusive.

6  Defendants.

7

8  WHEREAS, Plaintiffs in Intervention G&H Farms, LLC, John S. Tamagni & Sons,

9  Inc., Pedrazzi Farms, Inc., Ed Mehl and C&G Farms (collectively, the "Plaintiffs-In-Intervention")

10  previously filed their complaint in intervention in the above-entitled action ("Complaint in

11  Intervention"); and

12  WHEREAS, Defendant Bank of the West, a California banking corporation, as

13  Administrative Agent for itself, AgStar Financial Services, PCA/FLCA, and FCS Financial, PCA

14  ("Bank"), is required to file a responsive pleading to the Complaint in Intervention by March 15,

15  2010; and

16  WHEREAS, on March 10, 2010, this Court filed its Order Granting Plaintiffs' Joint

17  Motion for Establishment of Segregated PACA Count and PACA Trust Claims Procedure for

18  Determination and Payment of Valid PACA Claims and Deferring Ruling on Defendants' Motion to

19  Dismiss, pursuant to which this Court deferred ruling on the Motion to Dismiss or in the

20  Alternative, Motion for More Definite Statement previously filed by the Bank in response to the

21  First Amended Complaint previously served by Plaintiffs Higashi Farms, Inc., K&S Farms, LLC,

22  M. Nishimori Farms, Inc., Mann Packing Co., Inc., Martin Jefferson & Sons, Merrill Farms, LLC,

23  New Star Fresh Foods, LLC, and Taylor Farms California, Inc., and stayed all discovery in the

24  above-entitled action with respect to all claims except for PACA claims until further order of this

25  Court; and

26  WHEREAS, the Plaintiffs-In-Intervention and the Bank believe that, in the interest

27  of judicial economy, the Bank should be granted an open extension of time to file a responsive

28  pleading to the Complaint in Intervention which can be revoked on fifteen calendar days' notice to

PRINTED ON
RECYCLED PAPER

975991v1

1 the Bank at the time that all of the PACA claims made in the above-entitled action are resolved; and

2 Whereas, the Plaintiffs-In-Intervention and the Bank believe it to be in their best

3 interest to enter into the following stipulation:

4

5 STIPULATION

6 IT IS HEREBY STIPULATED by and between Plaintiffs-In-Intervention, through

7 their attorneys of record Johnson & Moncreif, PLC, and the Bank, through its attorneys of record

8 Jeffer Mangels Butler & Marmaro, LLP, that the Bank shall be granted an open extension of time to

9 file a responsive pleading to the Complaint in Intervention, which open extension of time may be

10 revoked on fifteen calendar days' written notice to the Bank's counsel of record in the above-entitled

11 action.

12 DATED: March 15, 2010         JEFFER, MANGELS, BUTLER & MARMARO LLP
                                ROBERT B. KAPLAN
13                              JOSEPH N. DEMKO

14

15                              By: _____
16                                  ROBERT B. KAPLAN
                                Attorneys for Defendant BANK OF THE WEST, a
17                              California banking corporation, as Administrative
                                Agent for itself, AGSTAR FINANCIAL SERVICES,
                                PCA/FLCA and FCS Financial, PCA

18

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

975991v1

1 | DATED: March __, 2010

JOHNSON & MONCREIF, PLC

By: _____
PAUL W. MONCREIF
Attorneys for Plaintiffs G&H FARMS, LLC, a California limited liability company; JOHN S. TAMAGNI & SONS, INC., a California corporation; PEDRAZZI FARMS, INC., a California corporation; ED MEHL, an individual; and C&G FARMS, a California corporation,

**ORDER**

Good cause appearing therefor:

IT IS SO ORDERED.

DATED: 3/25/10

_____
UNITED STATES DISTRICT JUDGE