1

**E-Filed 1/19/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HIGASHI FARMS, INC., et al<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>SALYER AMERICAN FRESH FOODS, et al<br><br>　　　　　　　　Defendants. | Case No. 09-CV-04983-JF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION FOR LEAVE TO AMEND PACA CLAIM<br><br>Date: January 21, 2011<br>Time: 9:00 a.m.<br>Dept: 3 |
| GREENHEART FARMS, INC.,<br><br>　　　　　　　Intervening Plaintiff,<br><br>v.<br><br>SALYER AMERICAN FRESH FOODS, et al<br><br>　　　　　　　　Defendants. | |

-1-

[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION FOR LEAVE TO AMEND PACA CLAIM

1  Upon review of the Motion for Leave to Amend PACA Claim of Plaintiffs Greenheart
2  Farms, Inc., (hereinafter collectively referred to as Plaintiffs), on file din the above captioned
3  action, and the Memorandum of Points and Authorities in support of the motion and all document
4  provided by Defendants in opposition, if any, and it appearing to the satisfaction of the Court that
5  this is proper case for granting a Motion for Leave to Amend the PACA Claim of Greenheart
6  Farms.
7  IT IS HEREBY ORDERED, that Plaintiff's Motion for Leave to Amend PACA Claim is
8  granted and Plaintiffs are directed to filed the Amended PACA Claim with this Court. The hearing
9  set for January 21, 2011 is VACATED.

Dated: 1/19/2011



U.S. District Court Judge

-2-

[PROPOSED] ORDER GRANTING PLAINTIFFS MOTION FOR LEAVE TO AMEND PACA CLAIM

GUBLER, KOCH, DEGN & GOMEZ LLP
ATTORNEYS AT LAW
VISALIA, CA