1  Reid H. Everett, SBN 100662
2  **PERKINS, MANN & EVERETT**
   **A Professional Corporation**
   **2222 West Shaw Avenue, Suite 202**
3  **Fresno, California 93711**
   **Telephone (559) 447-5700**
4  **Facsimile (559) 447-5600**

5  Attorney for: STEVE FRANSON, as RECEIVER

6

7

8  UNITED STATES DISTRICT COURT FOR THE

9  NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| 11  HIGASHI FARMS, INC., a corporation; K&S FARMS, LLC, a limited liability company; M. | Case No.:   09-CV-04983 JF |
| 12  NISHIMORI FARMS, INC., a corporation; MANN PACKING CO., INC., a corporation; | 09-CV-04985 JF |
| 13  MARTIN JEFFERSON & SONS, a | 09-CV-04207 JF |
| partnership; MERRILL FARMS, LLC, a | |
| 14  limited liability company; NEW STAR FRESH FOODS, LLC, a limited liability | **STIPULATION TO RESOLVE AND** |
| 15  company; TAYLOR FARMS CALIFORNIA, | **RELEASE CLAIMS OF SABOR FARMS,** |
| INC., a corporation, | **LLC, AND DISMISS PENDING** |
| 16 | **COMPLAINT/COMPLAINT** |
| Plaintiffs, | **IN INTERVENTION AND/OR** |
| 17 | **WITHDRAWAL OF CLAIM** |
| 18  v. | **No Hearing Required** |
| 19  BANK OF THE WEST, a California banking corporation, as administrative agent for itself, | |
| 20  AGSTAR FINANCIAL SERVICES, PCA/FLCA, and FCS FINANCIAL, PCA; | |
| 21  STEVE FRANSON, as receiver for SALYER AMERICAN FRESH FOODS, a California | |
| 22  Corporation, | |
| 23  Defendants. | |
| 24 | |
| 25  AND ALL RELATED ACTIONS. | |

26    **THIS STIPULATION** (the "Stipulation") is made by and between Defendant STEVE

27  FRANSON, in his capacity as Receiver (the "Receiver"), Defendant Bank of the West, a

28  California corporation, as Administrative Agent for itself, AgStar Financial Services,

PERKINS, MANN &
EVERETT, APC

1

1  PCA/FLCA, and FCS Financial, PCA (the "Bank"), and Plaintiff and/or Intervening Party
2  herein, SABOR FARMS, LLC (the "Claimant"), and also for the benefit of SALYER
3  AMERICAN FRESH FOODS, a California corporation.

4  <u>**RECITALS**</u>

5  A.      Whereas, Claimant asserts that Salyer American Fresh Foods ("**SAFF**")
6  purchased from and/or received from and sold for Claimant perishable agricultural
7  commodities for which Claimant has not yet been paid.

8  B.      Whereas, Claimant asserts general and specific rights to payment from SAFF,
9  including trust and lien rights as a vendor and/or Claimant and/or producer of perishable
10  agricultural commodities under Federal and State laws, including, without limitation, trust
11  rights under the Perishable Agricultural Commodities Act of 1930, as amended, [7 U.S.C.
12  Section 499e(c)] (hereinafter referred to as "PACA").

13  C.      Whereas, Claimant has commenced or intervened in this action and asserted its
14  trust and lien rights as a Claimant and/or vendor and/or producer of perishable agricultural
15  commodities under Federal and State laws, including, without limitation, trust rights under
16  PACA, and other claims.

17  D.      Whereas, Claimant is willing to resolve and release its claims for an agreed
18  payment amount in order to avoid further expense, delay, and uncertainty associated with the
19  litigation of the claims of Claimant in this action.

20  E.      Whereas, Receiver and Bank also seek to avoid the expense, delay, and
21  uncertainty associated with the litigation of the claims of Claimant in this action.

22  F.      Whereas, these Recitals are not recitals only but an integral part of the
23  Stipulation and express the conditions on which this Stipulation is made.

24  <u>**STIPULATION**</u>

25  1.      **Payment.**  Receiver shall pay to Claimant and Claimant shall accept from
26  Receiver the sum of $275,000 (two hundred, seventy-five thousand dollars) (the "Payment
27  Amount") on the terms and conditions agreed to herein and in full and final settlement,
28  satisfaction, and release of its claims as hereinafter set forth.  Payment to Claimant by the

PERKINS, MANN &
EVERETT, APC

2

1   Receiver will be made from monies held by the Receiver, as custodian, from the segregated

2   PACA Trust Account established and funded pursuant to the above-entitled Court's "Order

3   Establishing Segregated PACA Account and PACA Trust Claims Procedure" made and entered

4   July 19, 2010, for the benefit of the parties hereto and for the benefit of SAFF.

5         2.   **Payment Free and Clear.**  Bank consents to payment of the Payment Amount

6   by Receiver to Claimant and agrees that the monies transferred to Claimant by Receiver are

7   transferred free and clear of any claims or interests of Bank therein.

8         3.   **Payment Pursuant to the PACA Trust Claims Procedure Order.**  Receiver

9   agrees to pay to Claimant the Payment Amount in the manner set forth in paragraph 15 of the

10   Court's Order Establishing Segregated PACA Account and PACA Trust Claim Procedure

11   dated July 19, 2010.

12         4.   **General Release of Claims by Claimant.**  Except for the obligations set forth

13   in this Stipulation, Claimant hereby knowingly and fully releases and discharges SAFF, the

14   Receiver, Bank of the West, a California corporation, as Administrative Agent for itself,

15   AgStar Financial Services, PCA/FLCA, and FCS Financial, PCA, and Bank of the West, a

16   California banking corporation, AgStar Financial Services, PCA/FLCA, and FCS Financial,

17   PCA, and each of their respective officers, directors, shareholders, employees, agents,

18   representatives, successors, assigns, and attorneys, both current and former (collectively, the

19   "Released Parties"), from any and all rights, duties, liabilities, obligations, damages, claims, or

20   causes of action, whether willful or not, whether known or unknown, pending or threatened,

21   suspected of unsuspected, arising out of or relating to the transactions between Claimant and

22   SAFF, including but not limited any and all claims of and relating to trust and lien rights as a

23   vendor and/or Claimant and/or producer of perishable agricultural commodities provided to or

24   sold to SAFF under Federal and State laws, including but not limited to PACA, which Claimant

25   may now have or may claim to have in the future against the Released Parties and/or any

26   property owned or held by the Released Parties.  This release specifically excludes the

27   obligations and duties of Bank and/or Receiver created under this Agreement and any other

28   obligations or duties of Bank and/or Receiver, if any, created or existing pursuant to

PERKINS, MANN &
EVERETT, APC

STIPULATION TO RESOLVE AND RELEASE CLAIMS AND DISMISS PENDING ACTION

1  agreements and/or relationships other than those which are the subject of this Agreement and/or

2  the above-entitled Action.

3       5.     **Section 1542 Waiver.**  Claimant expressly waives the benefits of section 1542

4  of the California Civil Code, which provides:

5            **"A general release does not extend to claims which the creditor does**

6            **not know or suspect to exist in his or her favor at the time of executing**

7            **the release, which if known by him or her must have materially**

8            **affected his or her settlement with the debtor."**

9       6.     **Knowing Waiver.**  Claimant further understands and agrees that the execution

10  and delivery of this Stipulation constitutes a waiver by Claimant of any and all claims that

11  could have been asserted by Claimant in the above entitled Action against SAFF, the Receiver

12  and/or Bank of the West, a California banking corporation, as Administrative Agent for itself,

13  AgStar Financial Services, PCA/FLCA, and FCS Financial, PCA, and Bank of the West, a

14  California banking corporation, AgStar Financial Services, PCA/FLCA, and FCS Financial,

15  PCA, including any and all claims of or relating to trust and lien rights under Federal and State

16  law, including but not limited to PACA, that Claimant might have as a vendor and/or Claimant

17  and/or producer of perishable agricultural commodities provided to or sold to SAFF, and also a

18  waiver of claims for interest, accrued late charges, attorneys fees, or other charges relating to

19  Claimant's transactions with SAFF or that could have been or were claimed in the above

20  entitled Action.

21       7.     **Ownership of Claims.**  Claimant represents and warrants to Receiver and to

22  Bank that it remains the owner and holder of all claims intended to be settled, satisfied, waived,

23  and released by payment made pursuant hereto by the Receiver and that Claimant has full

24  power and authority to enter into and bind Claimant to the terms of this Stipulation.

25       8.     **Independent Review.**  Claimant hereby acknowledges that either it has been

26  represented by legal counsel of its choice with respect to this Stipulation and has been fully

27  informed of the legal impact of this Stipulation on Claimant, or that Claimant has been advised

28  by the Receiver to seek legal advice from independent legal counsel before entering into this

PERKINS, MANN &
EVERETT, APC

4

1  Stipulation but has declined to do so, and that in either case, Claimant has entered into this
2  Stipulation freely, knowingly, voluntarily, and intelligently.

3       9.   **Dismissal of Action.**  Claimant shall, upon receipt of the Payment Amount, take
4  all steps necessary to withdraw its PACA Claim and cause its complaint or its complaint in
5  intervention filed in this action to be dismissed with prejudice and shall provide Receiver and
6  Bank with a conformed order confirming same.  This Stipulation may be filed with the Court
7  by Receiver or Bank if necessary to effect an appropriate and timely order of dismissal.

8       10.  **Release of Claims by Bank.**  Bank hereby releases and forever discharges
9  Claimant and its respective predecessors, successors, heirs, assigns, executors, administrators,
10 shareholders, officers, agents, employees, partners, representatives, insurers, attorneys,
11 affiliates, and all persons acting by, under, through, or in connection with any one or all of
12 them (the "Claimant Released Parties") from any and all claims, demands, actions, causes of
13 action, liabilities, judgments, liens, contracts, agreements, rights, debts, suits, obligations,
14 promises, acts, costs and expenses (including, but not limited to, attorneys' fees), damages, and
15 charges of whatsoever nature, whether known or unknown, suspected or unsuspected, fixed or
16 contingent, wherever filed or prosecuted (all of the foregoing are collectively referred to as
17 "Claims"), which Bank may now have, claim to have, or at any time heretofore had or claimed
18 to have against each or any of the Claimant Released Parties with respect to Claimant's
19 transactions with SAFF, the above entitled Action, and/or the disputed claims settled by this
20 Agreement and the facts and circumstances under which such claims arose.  This release
21 specifically excludes the obligations and duties of Claimant created under this Agreement and
22 any other obligations or duties of Claimant, if any, created or existing pursuant to agreements
23 and/or relationships other than those which are the subject of this Agreement and/or the above-
24 entitled Action.

25      11.  **Release of Claims by Receiver.**  Receiver hereby releases and forever
26 discharges Claimant and its respective predecessors, successors, heirs, assigns, executors,
27 administrators, shareholders, officers, agents, employees, partners, representatives, insurers,
28 attorneys, affiliates, and all persons acting by, under, through, or in connection with any one or

PERKINS, MANN &
EVERETT, APC

5

STIPULATION TO RESOLVE AND RELEASE CLAIMS AND DISMISS PENDING ACTION

1   all of them (the "Claimant Released Parties") from any and all claims, demands, actions, causes
2   of action, liabilities, judgments, liens, contracts, agreements, rights, debts, suits, obligations,
3   promises, acts, costs and expenses (including, but not limited to, attorneys' fees), damages, and
4   charges of whatsoever nature, whether known or unknown, suspected or unsuspected, fixed or
5   contingent, wherever filed or prosecuted (all of the foregoing are collectively referred to as
6   "Claims"), which Receiver may now have, claim to have, or at any time heretofore had or
7   claimed to have against each or any of the Claimant Released Parties with respect to Claimant's
8   transactions with SAFF, the above entitled Action, and/or the disputed claims settled by this
9   Agreement, the facts and circumstances under which such claims arose, and the actions in
10  which such claims have been or could be asserted.  This release specifically excludes the
11  obligations and duties of Claimant created under this Agreement and any other obligations or
12  duties of Claimant, if any, created or existing pursuant to agreements and/or relationships other
13  than those which are the subject of this Agreement and/or the above-entitled Action.

14      12.     **Incorporation of Recitals.**  The Recitals set forth at the beginning of this
15  Stipulation are incorporated herein by reference.

16      13.     **Entire Stipulation.**  This Stipulation represents the complete and entire
17  Stipulation of the parties with respect to the subject matter thereof.

18      Acknowledged and Agreed to this _6th_ day of April 2011:

19

20  Receiver                                    Claimant, SABOR FARMS, LLC

21                                              By: _____ 4/6/11
22  _____                       Its Authorized Representative
    Steve Franson
23  **Bank**

24

25  By: _____
    Its Authorized Representative
26

27

28

PERKINS, MANN &
EVERETT, APC                                6

STIPULATION TO RESOLVE AND RELEASE CLAIMS AND DISMISS PENDING ACTION

1   all of them (the "Claimant Released Parties") from any and all claims, demands, actions, causes

2   of action, liabilities, judgments, liens, contracts, agreements, rights, debts, suits, obligations,

3   promises, acts, costs and expenses (including, but not limited to, attorneys' fees), damages, and

4   charges of whatsoever nature, whether known or unknown, suspected or unsuspected, fixed or

5   contingent, wherever filed or prosecuted (all of the foregoing are collectively referred to as

6   "Claims"), which Receiver may now have, claim to have, or at any time heretofore had or

7   claimed to have against each or any of the Claimant Released Parties with respect to Claimant's

8   transactions with SAFF, the above entitled Action, and/or the disputed claims settled by this

9   Agreement, the facts and circumstances under which such claims arose, and the actions in

10  which such claims have been or could be asserted.   This release specifically excludes the

11  obligations and duties of Claimant created under this Agreement and any other obligations or

12  duties of Claimant, if any, created or existing pursuant to agreements and/or relationships other

13  than those which are the subject of this Agreement and/or the above-entitled Action.

14      12.   **Incorporation of Recitals.**   The Recitals set forth at the beginning of this

15  Stipulation are incorporated herein by reference.

16      13.   **Entire Stipulation.**   This Stipulation represents the complete and entire

17  Stipulation of the parties with respect to the subject matter thereof.

18      **Acknowledged and Agreed** to this ___ day of April 2011:

19

20  **Receiver**                                    **Claimant, SABOR FARMS, LLC**

21  _____               By: _____

22  Steve Franson                                  Its Authorized Representative

23  **Bank**

24

25  By: _____

26  Its Authorized Representative

27

28

PERKINS, MANN &
EVERETT, APC

6

STIPULATION TO RESOLVE AND RELEASE CLAIMS AND DISMISS PENDING ACTION

all of them (the "Claimant Released Parties") from any and all claims, demands, actions, causes of action, liabilities, judgments, liens, contracts, agreements, rights, debts, suits, obligations, promises, acts, costs and expenses (including, but not limited to, attorneys' fees), damages, and charges of whatsoever nature, whether known or unknown, suspected or unsuspected, fixed or contingent, wherever filed or prosecuted (all of the foregoing are collectively referred to as "Claims"), which Receiver may now have, claim to have, or at any time heretofore had or claimed to have against each or any of the Claimant Released Parties with respect to Claimant's transactions with SAFF, the above entitled Action, and/or the disputed claims settled by this Agreement, the facts and circumstances under which such claims arose, and the actions in which such claims have been or could be asserted.  This release specifically excludes the obligations and duties of Claimant created under this Agreement and any other obligations or duties of Claimant, if any, created or existing pursuant to agreements and/or relationships other than those which are the subject of this Agreement and/or the above-entitled Action.

12.   **Incorporation of Recitals.**   The Recitals set forth at the beginning of this Stipulation are incorporated herein by reference.

13.   **Entire Stipulation.**   This Stipulation represents the complete and entire Stipulation of the parties with respect to the subject matter thereof.

**Acknowledged and Agreed** to this ___ day of April 2011:

**Receiver**                                   **Claimant, SABOR FARMS, LLC**

_____         By: _____
Steve Franson                                  Its Authorized Representative

**Bank**

By: _____
Its Authorized Representative

1

**APPROVED AS TO FORM AND CONTENT:**

2

**JEFFER MANGELS BUTLER**                    LOMBARDO & GILLES, LLC
**& MITCHELL LLP**

3

4        By: _____        By: *Kelly Sutherland*

5        Joseph N. Demko,                    Kelly McCarthy Sutherland,
         Attorneys for BANK OF THE WEST       Attorneys for Claimant SABOR FARMS,
6                                            LLC

7

8        **PERKINS MANN & EVERETT APC**

9

10       By: _____
         Reid H. Everett,
11       Attorneys for Receiver

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PERKINS, MANN &
EVERETT, APC

STIPULATION TO RESOLVE AND RELEASE CLAIMS AND DISMISS PENDING ACTION

1  **APPROVED AS TO FORM AND CONTENT:**

2  **JEFFER MANGELS BUTLER**                    **LOMBARDO & GILLES, LLC**
   **& MITCHELL LLP**

3

4  By: _____            By: _____
5  Joseph N. Demko,                           Kelly McCarthy Sutherland,
   Attorneys for BANK OF THE WEST             Attorneys for Claimant SABOR FARMS,
6                                              LLC

7

8  **PERKINS MANN & EVERETT APC**

9

10 By: _____
   Reid H. Everett,
11 Attorneys for Receiver

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**APPROVED AS TO FORM AND CONTENT:**

2   **JEFFER MANGELS BUTLER**                    **LOMBARDO & GILLES, LLC**
    **& MITCHELL LLP**

3

4   By: _____                 By: _____
    Joseph N. Demko,                             Kelly McCarthy Sutherland,
5   Attorneys for BANK OF THE WEST               Attorneys for Claimant SABOR FARMS,
                                                  LLC
6

7

8   **PERKINS MANN & EVERETT APC**

9

10  By: _____
    Reid H. Everett,
11  Attorneys for Receiver

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28