MICHELLE NOBLE MCCAIN, Esq. (Bar #131965)
Attorney at Law
106 Central Avenue
Salinas, California 93901
(831) 772-8300
(831) 772-8303 Fax
michelle@michellenoblemccain.com

Attorney for Plaintiff and Intervenor,
Green Star Produce Marketing, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|   |   |
|---|---|
| HIGASHI FARMS, INC. et al.,<br>　　　　Plaintiffs<br>v.<br>BANK OF THE WEST, et al.,<br>　　　　Defendants<br>_____<br>AND INTERVENING AND RELATED ACTIONS | ) CASE NO. 09-CV-04983-JF<br>)<br>) GREEN STAR PRODUCE'S<br>) REQUEST FOR DISMISSAL<br>) WITH PREJUDICE<br>)<br>)<br>)<br>)<br>)<br>) Judge: Fogel |

Pursuant to paragraph 15 of the Order Establishing Segregated PACA Account and PACA Trust Claims Procedure and due to payment of its claim pursuant to the terms of the Resolution Notice, Green Star Produce Marketing, Inc. ("Green Star") hereby requests that the court dismiss its complaint against all defendants with prejudice.

Dated: March 30, 2011                    ____/s/ Michelle Noble McCain_____
                                          Michelle Noble McCain,
                                          Attorney for Green Star Produce Marketing, Inc.

IT IS SO ORDERED.

Dated: __5/4/11_____                 _____
                                          HON. JEREMY FOGEL
                                          UNITED STATES DISTRICT COURT JUDGE