PATRICIA J. RYNN, State Bar No. 092048
MARION I. QUESENBERY, State Bar No. 072308
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953
E-Mail: Pat@rjlaw.com
E-Mail: Marion@rjlaw.com
E-Mail: Elise@rjlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HIGASHI FARMS, INC., et al.<br><br>Plaintiffs,<br>vs.<br><br>SALYER AMERICAN FRESH FOODS, a California Corporation, et al.<br><br>Defendants. | CASE NO.  09-cv-04983 JF<br><br>**NOTICE OF WITHDRAWAL OF PACA TRUST CLAIMS AND AGREED DISMISSAL OF COMPLAINT AS TO PLAINTIFFS TAYLOR FARMS, MANN PACKING, NEWSTAR FRESH FOODS, MARTIN JEFFERSON & SONS, AND HIGASHI FARMS *ONLY* AND <u>REQUEST FOR ORDER OF DISMISSAL AS TO THESE PLAINTIFFS *ONLY*</u>** |

On March 4, 2011, the Receiver in this action, Defendant Steve Franson, filed Stipulations To Resolve And Release Claims And Dismiss Pending Complaint/Complaint In Intervention And/Or Withdrawal Of Claim [Docket #180-181] relating to Plaintiffs Taylor Farms California, Inc. ("Taylor Farms") and Mann Packing Co., Inc. ("Mann Packing").  These Stipulations were not only signed by Defendant Franson, but they were also executed by Taylor Farms, Mann Packing, and Defendant Bank of the West.

On April 6, 2011, Plaintiffs New Star Fresh Foods, LLC ("New Star Fresh") and Martin Jefferson & Sons filed similar Stipulations [Docket #211-212], which they signed, as did

Defendants Bank of the West and Franson.  In addition, on April 8, 2011, Plaintiff Higashi Farms, Inc. ("Higashi Farms") filed a Stipulation To Resolve And Release Claims And Dismiss Pending Complaint/Complaint In Intervention And/Or Withdrawal Of Claim [Docket #216].  It was signed by Higashi Farms, Bank of the West, and Defendant Franson.

Paragraph 9 of the Stipulations states:

> "9. **Dismissal of Action.** Claimant shall, upon receipt of the Payment Amount, take all steps necessary to withdraw its PACA Claim and cause its complaint or its complaint in intervention filed in this action to be dismissed with prejudice and shall provide Receiver and Bank with a conformed order confirming same. . ."

Taylor Farms, Mann Packing, New Star Fresh, Martin Jefferson & Sons, and Higashi Farms have received the Payment Amount stated in the Stipulations, and consequently, they hereby give notice that they withdraw their PACA trust claims, and they respectfully request that the Court dismiss the Complaint in this action, but only insofar as it relates to Taylor Farms, Mann Packing, New Star Fresh, Martin Jefferson & Sons, and Higashi Farms.

RYNN & JANOWSKY, LLP

Date:  April 20, 2011        By: /s/ Marion I. Quesenbery
                              MARION I. QUESENBERY
                              Attorneys for Plaintiffs HIGASHI FARMS, INC., et al.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Complaint is dismissed with prejudice, but only insofar as the Complaint relates to Taylor Farms, Mann Packing, New Star Fresh, Martin Jefferson & Sons, and Higashi Farms.**

Date: 5/4/11                 _____
                              U.S. District Court Judge Jeremy Fogel