Steven M. Koch #222938
GUBLER, KOCH, DEGN & GOMEZ LLP
1110 N. Chinowth Street
Visalia, CA 93291
Telephone: (559) 625-9600
Facsimile: (559) 625-9605

Attorneys for Plaintiff, Greenheart Farms, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HIGASHI FARMS, INC., et al<br><br>Plaintiffs,<br><br>v.<br><br>SALYER AMERICAN FRESH FOODS, et al<br><br>Defendants.<br><br>and related actions. | Case No. 09-CV-04983-JF<br><br>NOTICE OF WITHDRAWAL OF PACA TRUST CLAIM AND STIPULATED DISMISSAL OF COMPLAINT AS TO PLAINTIFF GREENHEART FARMS AND REQUEST FOR ORDER OF DISMISSAL AS TO GREENHEART FARMS |

On April 6, 2011, the Receiver in this action, Defendant Steve Franson, filed Stipulations To Resolve and Release Claims and Dismiss Pending Complaint/Complaint in Intervention and/or Withdrawal of Claim (Docket # 206) relating to this Plaintiff Greenheart Farms, Inc., (Greenheart). This Stipulation was signed by Defendant Franson, Defendant Bank of the West

-1-

NOTICE OF WITHDRAWAL OF PACA TRUST CLAIM AND STIPULATED DISMISSAL OF COMPLAINT AS TO PLAINTIFF GREENHEART FARMS AND REQUEST FOR ORDER OF DISMISSAL AS TO GREENHEART FARMS

and Greenheart.

Paragraph 9 of the Stipulation states:

"9. Dismissal of Action. Claimant shall, upon receipt of the Payment Amount, take all steps necessary to withdraw its PACA Claim and cause its complaint or its complaint in intervention filed in this action to be dismissed with prejudice and shall provide Receiver and Bank with conformed order confirming same..."

Plaintiff Greenheart has received the Payment Amount as stated in the Stipulation and hereby gives notice that it withdraws its PACA trust claim and it respectfully requests that the Court dismiss its Complaint in this action, with prejudice.

Dated: 4/21/11

Gubler, Koch, Degn & Gomez

Steven M. Koch, Attorney for
Greenheart Farms, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED. For good cause showing and appearing the Complaint is dismissed with prejudice.**

Date: 5/13/11

U.S. District Judge Jeremy Fogel

-2-

NOTICE OF WITHDRAWAL OF PACA TRUST CLAIM AND STIPULATED DISMISSAL OF COMPLAINT AS TO PLAINTIFF GREENHEART FARMS AND REQUEST FOR ORDER OF DISMISSAL AS TO GREENHEART FARMS