1  Kelly McCarthy Sutherland, Esq., #168222
   LOMBARDO & GILLES, LLP
2  318 Cayuga Street
   Salinas, California  93901
3  Telephone:  831.754.2444
   Facsimile:  831.754.2011
4  kelly@lomgil.com

5  Attorneys for Plaintiff
   Braga Ranch, Inc.
6

7

                IN THE UNITED STATES DISTRICT COURT
8
        FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
9

10  HIGASHI FARMS, INC., et al.,              CASE NO.  09-cv-04983 JF
                                                        09-cv-04985 JF
11              Plaintiffs,                              09-cv-04207 JF

12       vs.
                                             **PLAINTIFF BRAGA RANCH, INC.'S**
13  SALYER AMERICAN FRESH FOODS, et al.,      **REQUEST FOR DISMISSAL WITH**
                                             **PREJUDICE**
14              Defendants.

15  _____

16  AND RELATED CLAIMS ACTIONS

17

18       Pursuant to paragraph 15 of the Order Establishing Segregated PACA Account and PACA trust

19  Claims Procedure and due to payment of its claim pursuant to the terms of the Resolution Notice, Braga

20  Ranch, Inc. hereby requests that the court dismiss its complaint against all defendants with prejudice.

21
                                        LOMBARDO & GILLES, LLP
22

23  Date: June 15, 2011               By:  /s/  Kelly McCarthy Sutherland
                                            KELLY McCARTHY SUTHERLAND
                                            Attorneys for Plaintiff BRAGA RANCH, INC.
24

25       IT IS SO ORDERED.

26  Date:  6/20/11            , 2011    _____
27                                      U.S. District Court Judge Jeremy Fogel

28

*Higashi, et al. v. Salyer American Fresh Foods, et al.*
Case No. C-09-04983-JF
Request for Dismissal